JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| RICARDO M. GAXIOLA, | ) | No. CV 11-04530-JFW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| BOARD OF PRISON TERM, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting and Adopting the and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: January 18, 2012

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE